```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
UNITED STATES OF AMERICA

                Plaintiff,          17 cv 364 (JGK)

        - against -                 ORDER

CITY OF NEW YORK

                Defendant.
───────────────────────────────────
```

JOHN G. KOELTL, District Judge:

The parties should submit a status report by **November 6, 2020.**

**SO ORDERED.**

**Dated:    New York, New York**
        **October 7, 2020**              /s/ John G. Koeltl
                                          John G. Koeltl
                                **United States District Judge**